**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CARL D. LAIR,**

      **Plaintiff,**                         **Case No. 2:20-cv-347**
   **v.**                                   **JUDGE EDMUND A. SARGUS, JR.**
                                           **Chief Magistrate Elizabeth P. Deavers**

**OHIO PAROLE BOARD,** *et al.,*

      **Defendants.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on May 13, 2020. (ECF No. 7) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, this action is **DISMISSED without prejudice** in its entirety.

    **IT IS SO ORDERED.**


**9/3/2020**                                                         **s/Edmund A. Sargus, Jr.**
**DATE**                                                           **EDMUND A. SARGUS, JR.**
                                                               **UNITED STATES DISTRICT JUDGE**